# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-1747
LT Case No. 2020-CA-000125-A

_____

PATRICK MORAN and LINDA
MORAN,

   Appellants,

   v.

CHARLES ROBERT LINEBERGER
and GINA MACARUSO
LINEBERGER,

   Appellees.

_____

On appeal from the Circuit Court for Citrus County.
Carol A. Falvey, Judge.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando,
for Appellants.

Paul S. Maney, of Paul S. Maney, P.A., Tampa, for Appellees.

March 12, 2024

PER CURIAM.

   AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____